

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

### NO. WR-87,329-04

---

### IN RE EDWARD FERNANDEZ MEDRANO, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. CR-35,988-A AND CR-36,058-A
### IN THE 238TH DISTRICT COURT
### FROM MIDLAND COUNTY

---

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court.

Applicant filed, in the trial court in 2015, habeas applications and supplements to those applications. The trial court entered orders designating issues, but the habeas records were forwarded to this Court without findings resolving the disputed factual issues. This Court remanded the applications to the trial court on December 6, 2017, ordering that the issues be resolved and that the applications be returned to this Court within 120 days. After the 120 days had passed, this Court

mailed to the trial court on April 11, 2018, a letter regarding the applications and remands. This Court has still not received the habeas applications back from the trial court.

Relator complains that he is not receiving any documents concerning his habeas applications after the applications were remanded to the trial court. He does not show that anything has been filed, but given this Court's remand order, there should have been filings made with copies mailed to Relator.

Respondent, the Judge of the 238th District Court of Midland County, shall file a response with this Court. In the response, the Judge shall provide this Court with the status of the habeas applications and shall state whether copies of filings made in the cases since remand were forwarded to Applicant. Respondent's answer shall be submitted within 30 days of the date of this order. This application for leave to file a writ of mandamus will be held in abeyance until Respondent has submitted his response.

Filed: July 25, 2018
Do not publish